Paul Karl Lukacs (Admitted *Pro Hac Vice*)
pkl@hattislaw.com
Che Corrington, WSBA No. 54241
che@hattislaw.com
HATTIS & LUKACS
400 108th Avenue, Suite 500
Bellevue, WA 98004
Telephone: 425.233.8650
Facsimile: 425.412.7171

Attorneys for Plaintiff and the Proposed Class

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARIBELL AGUILAR, for Herself, as a Private Attorney General, and/or On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CARTER'S, INC., and DOES 1-10, inclusive,<br><br>Defendants. | No. 1:19-CV-03088-SMJ<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL**<br><br>[Fed.R.Civ.P. 41(a)(1)(A)(i)] |

PLAINTIFF'S NOTICE OF DISMISSAL - 1
19-CV-03088-SMJ

**HATTIS & LUKACS**
400 108th Avenue, Suite 500
Bellevue, WA 98004
425.233.8650 | FAX: 425.412.7171
www.hattislaw.com

# NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Maribell Aguilar, through counsel, hereby provides notice that the entirety of the above-captioned civil action is voluntarily dismissed, without prejudice.

Plaintiff Maribell Aguilar further provides notice that it is her intent to re-file this civil action in the state courts of Washington State. Plaintiff Aguilar is dismissing and re-filing this action to, without limitation, protect the putative class and to preserve to the maximum extent possible the relevant class period and the applicable limitations period in the event that Defendant Carter's, Inc., argues that the U.S. District Court for the Eastern District of Washington cannot exercise subject matter jurisdiction over this dispute due to an alleged absence of Article III standing. *See NEI Contracting and Engineering, Inc., v. Hanson Aggregate Pacific Southwest, Inc.*, --- F.3d ---, 2019 WL 2361800 (9th Cir., June 5, 2019) (in which the same law firm that is representing Carter's, Inc., successfully raised a standing objection during trial).

In the event that Defendant Carter's, Inc., removes the re-filed action back to this Court, Plaintiff Aguilar anticipates that the action will be assigned back to Hon. Salvador Mendoza, Jr.

DATED this 17th day of June, 2019.

PLAINTIFF'S NOTICE OF DISMISSAL - 2
19-CV-03088-SMJ

**HATTIS & LUKACS**
400 108th Avenue, Suite 500
Bellevue, WA  98004
425.233.8650 | FAX: 425.412.7171
www.hattislaw.com

HATTIS & LUKACS

By: */s/ Che Corrington*
Che Corrington, WSBA 54241
che@hattislaw.com

HATTIS & LUKACS
400 108th Avenue NE, Suite 500
Bellevue, WA 98004
Tel: 425.233.8650
Fax: 425.412.7171

Attorneys for Plaintiff Maribell Aguilar
and the Proposed Class

PLAINTIFF'S NOTICE OF DISMISSAL - 3
19-CV-03088-SMJ

**HATTIS & LUKACS**
400 108th Avenue, Suite 500
Bellevue, WA 98004
425.233.8650 | FAX: 425.412.7171
www.hattislaw.com

# CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the State of Washington and the United States of America, that on the 17th day of June, 2019, the document attached hereto was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in the matter.

DATED this 17th day of June, 2019.

                                        */s/ Paul Karl Lukacs*
                                        Paul Karl Lukacs
                                            (Admitted *Pro Hac Vice*)

PLAINTIFF'S NOTICE OF DISMISSAL - 4
19-CV-03088-SMJ

**HATTIS & LUKACS**
400 108th Avenue, Suite 500
Bellevue, WA  98004
425.233.8650 | FAX: 425.412.7171
www.hattislaw.com