UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARIBELL AGUILAR, for Herself, as a Private Attorney General, and/or on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CARTER'S INC.; and DOES 1–10, inclusive, <br><br> Defendants. | No. 1:19-cv-03088-SMJ <br><br> **ORDER DISMISSING CASE** |

On June 17, 2019, Plaintiff Maribell Aguilar filed a notice of voluntary dismissal, ECF No. 13. Defendant Carter's Inc. has served neither an answer nor a summary judgment motion. Consistent with Plaintiff's notice and Federal Rule of Civil Procedure 41(a)(1)(A)(i), **IT IS HEREBY ORDERED**:

1. Plaintiff's Notice of Dismissal, **ECF No. 13**, is **ACKNOWLEDGED**.

2. All claims are **DISMISSED WITHOUT PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

3. All pending motions are **DENIED AS MOOT**.

ORDER DISMISSING CASE **-** 1

**4.** All hearings and other deadlines are **STRICKEN**.

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 18th day of June 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge